(103 So. 91)

### BUSH v. STATE.  (7 Div. 72.)

(Court of Appeals of Alabama. Feb. 17, 1925.)

**Intoxicating liquors ⬤⟹236(6½) — Evidence held insufficient to show possession.**

Evidence that jug of whisky was found some distance from defendant's house *held* insufficient to sustain conviction for possession.

Appeal from Circuit Court, Calhoun County; S. W. Tate, Judge.

Grute Bush was convicted of having in his possession prohibited liquors, and he appeals. Reversed and remanded.

Chas. D. Kline, of Anniston, for appellant.

The burden of proof was not discharged by the state, and defendant was due the affirmative charge. Windham v. State, ante p. 16, 100 So. 457.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

There was ample testimony to sustain a conviction.

SAMFORD, J. The officers found a jug containing about one and one-half gallons of corn whisky on the side of a hill 200 or 300 yards from defendant's house and not shown to be on defendant's premises. There was some testimony tending to show that there were some empty jugs and funnels that had had whisky in them found in defendant's house. The prosecution was for the possession of the one and one-half gallons of whisky in the jug. There is no sufficient evidence connecting defendant with the possession of this whisky. The affirmative charge should have been given for defendant.

The judgment is reversed and the cause is remanded.

Reversed and remanded.